UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT CHAVARRIA | CIVIL ACTION |
| V. | NO. 15-993 |
| METROPOLITAN LIFE INSURANCE COMPANY | SECTION "H"(4) |

## JUDGMENT

For reasons issued August 30, 2018 (Rec. Doc. 94) and filed herein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is granted in favor of plaintiff, Albert Chavarri. The above-captioned matter is dismissed in its entirety.

Signed in New Orleans, Louisiana, this 30th day of August, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE